UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALAO TOALEPAI,<br><br>                Petitioner,<br><br>     v.<br><br>RON DAVIS,<br><br>                Respondent. | Case No. CV 16-1287-SVW (KK)<br><br>ORDER ACCEPTING FINAL FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, original Report and Recommendation, final Report and Recommendation, and all records on file. The Court accepts the final findings and recommendation of the United States Magistrate Judge.

    IT IS THEREFORE ORDERED that Judgment be entered denying the Petition for a Writ of Habeas Corpus and dismissing this action with prejudice.

Dated: 12/21/16

HONORABLE STEPHEN V. WILSON
United States District Judge