JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALAO TOALEPAI, | Case No. CV 16-1287-SVW (KK) |
| Petitioner, | JUDGMENT |
| v. | |
| RON DAVIS, | |
| Respondent. | |

Pursuant to the Order Accepting Final Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED: (1) the Petition for a Writ of Habeas Corpus is DENIED; and (2) this action is DISMISSED with prejudice.

Dated: 12/21/16

HONORABLE STEPHEN V. WILSON
United States District Judge